# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**SEAQUIST CLOSURES LLC,**
        **Plaintiff,**

  v.                                      Case No. 08-C-106

**REXAM PLASTICS, et al.,**
        **Defendant.**

---

## ORDER

Plaintiff filed this case on January 28, 2008. Pursuant to Fed. R. Civ. P. 4(m) plaintiff had 120 days from filing within which to effect service of the complaint upon the defendants. That time period expired on May 27, 2008, yet no proof of service has been submitted to the court to date. As no service appears to have been effected within the 120-day period, Rule 4(m) and Civil L.R. 41.1 allow me to dismiss the case without prejudice upon my own initiative after twenty days notice to the plaintiff. This order gives plaintiff that notice and will allow it a brief extension to secure service and file appropriate proof thereof.

**THEREFORE IT IS ORDERED** that plaintiff has 21 days from the date of this order (until June 24, 2008) within which to serve defendants <u>and</u> file proof of that service with the clerk of court. Plaintiff is hereby put on notice that if it fails to comply with this order this case will be dismissed.

Dated at Milwaukee, Wisconsin this 3 day of June, 2008.

                                                      /s
                                                      LYNN ADELMAN
                                                      District Judge